FILED
JAN 26 2017
Scott G. Weber, Clerk, Clark Co.

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

FOR THE COUNTY OF CLARK

| | |
|---|---|
| PINNACLE MARKETING GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> GOLIN/HARRIS INTERNATIONAL, INC., CONSTITUENCY MANAGEMENT GROUP, IPG MEDIA and JOHN AND JANE DOES 1-4, <br><br> Defendants. | Case No. 16 2 01641 7 <br><br> **AMENDED COMPLAINT** |

Plaintiff Pinnacle Marketing Group, Inc. alleges:

I. Plaintiff is a Washington corporation with its principal place of business in Vancouver, Washington.

II. Defendant Golin/Harris International, Inc. ("Golin") is a Virginia corporation, registered to do business in the State of Washington. Defendant Constituency Management Group is a foreign corporation, not registered to do business in the State of Washington. Defendant IPG Media is a foreign entity that exercised control over Golin. Defendant John and Jane Does are individuals that aided and abetted the named Defendants.

III. Plaintiff secured a Marketing Services Contract with a third-party ("MS Contract"). Defendant Golin sought work under the MS Contract, but could not do so due to regulatory and other restrictions, including conflicts of interest.

IV. Defendant Golin and Plaintiff entered into an agreement ("PMG-Golin Contract") in which

Page 1 – AMENDED COMPLAINT

ELLIOTT, OSTRANDER & PRESTON, P.C.

UNION BANK TOWER
707 SW WASHINGTON STREET, SUITE 1500
PORTLAND, OR 97205
TELEPHONE: (503) 224-7112
FACSIMILE: (503) 224-7819
EMAIL: attorneys@eoplaw.com

3

CAW

Golin assisted Plaintiff with respect to certain work under the MS Contract.

V. Defendant Golin breached the PMG-Golin Contract, thereby causing Plaintiff to suffer damages.

VI. Defendant Golin, together with the other Defendants, made misrepresentations, or omitted to disclose material facts to Plaintiff, causing Plaintiff to suffer damages.

VII. Defendant Golin, together with the other Defendants, tortuously interfered with Plaintiff's prospective economic advantages and Plaintiff's contractual rights in the MS Contract, thereby causing Plaintiff to suffer damages.

VIII. There exists a controversy between Plaintiff and Defendant Golin over the terms and performance of the PMG-Golin Contract. Plaintiff requests a declaration setting forth the rights and obligations of Plaintiff and Golin under the PMG-Golin Contract.

* * * *

WHEREFORE, Plaintiff requests entry of judgment in its favor against Defendants, and each of them, in a sum to be proven at trial, and a declaration in Plaintiff's favor against Golin, together with its costs and disbursements incurred herein.

DATED this 26th day of January, 2017.

ELLIOTT, OSTRANDER & PRESTON, P.C.

By _____
John D. Ostrander, WSB No. 19645
Of Attorneys for Plaintiff

Page 2 – AMENDED COMPLAINT

ELLIOTT, OSTRANDER & PRESTON, P.C.

UNION BANK TOWER
707 SW WASHINGTON STREET, SUITE 1500
PORTLAND, OR 97205
TELEPHONE: (503) 224-7112
FACSIMILE: (503) 224-7819
EMAIL: attorneys@eoplaw.com